## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| IN RE: | ) | |
| **ANTHONY S. RUEDA, and** | ) | Case No. **13-31910-svk** |
| **JOANNA G. RUEDA** | ) | |
| | ) | CHAPTER 13 |
| DEBTORS | ) | |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN THAT:

The Debtors have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, **then on or before 21 days after service of the notice**, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plan statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 East Wisconsin Ave.
> Room 126
> Milwaukee, WI 53202

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

> Bankruptcy Law Office of Richard A. Check
> 757 N. Broadway, Ste. 401
> Milwaukee, WI 53202

If you or your attorney, do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the plan.

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
E-mail:rickchecklaw@aol.com

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

     **X**  the Debtor(s);

     _____  the Chapter 13 Trustee (post-confirmation modifications only);

     _____  the holder of an unsecured claim

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. \_\_\_\_ post-confirmation;

    B. **X** pre-confirmation (Select i. or ii.);

        i. \_\_\_\_\_ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

        ii. **X** Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:  See certificate of service.

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

\*Debtors to increase Chapter 13 plan payments to $353.00 per month for the 60 month plan.

4. The reason(s) for the modification is/are:

\*Debtors to pay Sterling Jewelers, Inc. for the secured claim in the amount of $4,109.79 plus 5.25% interest for the total amount of $4,681.80 through the plan.

5. Select A. or B.

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Ste. 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
E-mail:rickchecklaw@aol.com

A. ____ The Chapter 13 Plan confirmed or last modified on XXXX is modified as follows:

B. __X__ The unconfirmed Chapter 13 Plan filed on September 5, 2013 is modified as follows: *Debtors to increase plan payments to $353.00 per month for the 60 month plan.

*Debtors to pay Sterling Jewelers, Inc. for the secured claim in the amount of $4,109.79 plus 5.25% interest for the total amount of $4,681.80 through the plan.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

<u>**CERTIFICATION**</u>

I, Attorney Richard A. Check, attorney for Debtors, certify that I have reviewed the modification proposed above with the Debtor(s), and that the Debtor(s) has/have authorized me to file it with the court.

S://_____     10/3/2013_____
Attorney Richard A. Check                              Date

WHEREFORE, the Proponent requests that the court approve the modification

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Ste. 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
E-mail:rickchecklaw@aol.com

to the Chapter 13 Plan as stated herein.

Dated October 3, 2013 in Milwaukee, WI 53202       Signature: S://_____

                                                   Richard A. Check

                                                   #10122-04

                                                 Attorney for Debtor(s)

## **CERTIFICATE OF SERVICE**

The undersigned paralegal hereby certifies that a copy of the foregoing pleading was served upon the following by first class United States Mail, postage prepaid, on or before this 3rd day of October, 2013

                                        S://_____

                                        Nadine Relihan

                                        Paralegal for Attorney Richard A. Check

**Anthony and Joanna Rueda**
2873 S. 34th Street
Milwaukee, WI 53215

**Kay Jewelrs**
5758 N. Bayshore Dr. Ste Q102
Glendale, WI 53217

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Ste. 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
E-mail:rickchecklaw@aol.com