UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Anthony S. Rueda and Joanna G Rueda

Debtors.

: Chapter 13
:
: Case No: 13-31910-svk
:
:
:

## MEDIATOR'S FINAL REPORT

Name of Debtor's Counsel: Richard A. Check, Bankruptcy Law Office of Richard A Check SC

Name of Lender and Counsel: Selene Finance LP, Jay Pitner, Gray & Assoc., LLP

Property Address: 2073 S. 34th St., Milwaukee, WI 53215

Last Four Digits of Account Number of Loan: 6490

Mediation Session Date (s): Pre-Mediation Teleconference on 1/8/14

How long from the Date of Appointment of Mediator to Date of Final Report: __39__ days

*The use of the Court's Mortgage Modification Mediation Program has resulted in the following (please check appropriate box below):*

☐ Loan modification agreement has been reached.

    ☐ Lender will file: ____
    ☐ Debtor will file: ____

☐ No loan modification agreement has been reached during mediation.

    ☐ Debtor will file an amended plan within 14 days. **Debtor has been advised that failure to file a modified plan will result in a status conference with the Court at which the creditor may be granted relief from stay or the Chapter 13 case may be dismissed**

    ☐ Parties are continuing in direct negotiations outside of MMM.

    ☐ Parties are pursuing a short sale, surrender or deed in lieu of foreclosure.

☑ Other: A Forbearance Agreement has been accepted with the first payment due on 2/1/14 and the final payment due on 8/1/14.

The filing of this *Mediator's Final Report* terminates the Mortgage Modification Mediation with respect to the loan identified above.

**Dated:** January 28, 2014

**Signature:** Sheila M. Luck, Connecting Choices, LLC , **Mediator**

*/s/ Sheila M Luck*

PRINT