Bankruptcy Law Office of Attorney Richard A. Check, S.C.
757 N Broadway, Suite 401
Milwaukee, WI 53202

Invoice for: Anthony S. Rueda & Joanna G. Rueda
File No.: 13-485

## Mortgage Modification Mediation Program Invoice

| | | |
|---|---|---|
| 9/4/13 Mortgage Modification Mediation Start-up Program/Correspondence to/with Client (Staff) | 1.6 | $184.00 |
| 9/4/13 Open New MMM File Matter (Staff) | 0.6 | $69.00 |
| 10/1/13 Correspondence to Client (Staff) | 0.2 | $23.00 |
| 10/29/13 File Notice of Motion and Motion to Participate in Mortgage Modification Mediation Program (Attorney) | 0.3 | $90.00 |
| 11/14/13 Draft & File Certificate of No Objection/Response/Answer (Attorney) | 0.3 | $90.00 |
| 11/26/13 Correspondence to Client (Staff) | 0.2 | $23.00 |
| 11/27/13 File Notice of Motion and Motion to Participate in Mortgage Modification Mediation Program (Attorney) | 0.3 | $90.00 |
| 12/2/13 Review Order Directing Parties to Engage in MMM (Attorney) | 0.2 | $60.00 |
| 12/5/13 Correspondence to Client re: MMM Program (Staff) | 0.4 | $46.00 |
| 12/16/13 Process MMM Fee (Staff) | 0.4 | $46.00 |
| 12/19/13 Review of MMM Financial Documents (Attorney) | 0.5 | $150.00 |
| 12/19/13 Draft and File Certificate of Readiness to Mediate (Attorney) | 0.2 | $60.00 |
| 12/19/13 Scan and Upload Documents to Portal (Staff) | 1.0 | $115.00 |
| 12/19/13 Correspondence for Client (Staff) | 0.2 | $23.00 |
| 12/20/13 Review Notice of Appointment of Mediator (Attorney) | 0.1 | $30.00 |
| 1/9/14 Teleconference (Attorney) | 0.3 | $90.00 |
| 1/9/14 Notes to File, Meeting with Legal Assistant (Attorney) | 0.2 | $60.00 |
| 1/20/14 Meeting with Attorney (Attorney) | 1.0 | $300.00 |
| 1/29/14 Review Mediator Report of Results (Attorney) | 0.1 | $30.00 |
| 1/31/14 Draft and File Fee Application and Invoices (Staff) | 1.2 | $138.00 |
| | Subtotal | $1,717 |
| | Less Courtesy Discount | $717 |
| | Total Amount to be Added to Chapter 13 Plan for Mortgage Modification Mediation Program | $1,000 |

Bankruptcy Law Office of Attorney Richard A. Check, S.C.
757 N Broadway, Suite 401
Milwaukee, WI 53202

Invoice for: Anthony S. Rueda & Joanna G. Rueda
File No.: 13-485
2073 S. 34th St
Milwaukee, WI 53215

## Chapter 13 Invoice

| Services Rendered | Hours | Fee |
|---|---|---|
| 7/24/13 Meeting with Attorney | 1.0 | No Charge |
| 7/24/13 Open New File Matter (Staff) | 1.0 | $115.00 |
| 8/29/13 Notes to File and to Staff (Attorney) | 0.5 | $150.00 |
| 8/29/13 Process Payment (Staff) | 0.1 | $11.50 |
| 8/29/13 Meeting with Attorney (Attorney) | 1.0 | $300.00 |
| 8/29/13 Meeting with Attorney (Attorney) | 1.0 | $300.00 |
| 9/4/13 Type Schedules, Means Test, Statement of Financial Affairs (Staff) | 2.0 | $230.00 |
| 9/4/13 Run Mean Test for Above Median Client (Attorney) | 1.0 | $300.00 |
| 9/4/13 Attorney Review/Signing of Schedules (Attorney) | 0.5 | $150.00 |
| 9/5/13 Finish Preparing Schedules and Statement of Financial Affairs, Plan (Attorney) | 2.0 | $600.00 |
| 9/5/13 Emergency Filing Paperwork (Staff) | 1.0 | $115.00 |
| 9/5/13 Electronic Copy and Filing into Database Credit Counseling Certificate (Staff) | 0.2 | $23.00 |
| 9/5/13 File Bankruptcy Case (Attorney) | 0.6 | $180.00 |
| 9/5/13 Notes to File and to Staff (Attorney) | 0.5 | $150.00 |
| 9/5/13 Filed Chapter 13 Plan (Attorney) | 0.2 | $60.00 |
| 9/5/13 Review and Schedule Meeting of Creditors (Staff) | 0.2 | $23.00 |
| 9/12/13 Review Claims 1 & 2 (Attorney) | 0.2 | $60.00 |
| 9/18/13 Review Claim 3 (Attorney) | 0.1 | $30.00 |
| 10/3/13 Draft & File Motion to Modify Plan (Attorney) | 0.5 | $150.00 |
| 10/3/13 Draft & File Amended Schedule J (Attorney) | 0.3 | $90.00 |
| 10/18/13 Review Claims 4 & 5 (Attorney) | 0.2 | $60.00 |
| 10/19/13 Review Claim 6 (Attorney) | 0.1 | $30.00 |
| 10/23/13 Review Claim 7 (Attorney) | 0.2 | $30.00 |
| 10/24/13 Draft & File Amended Motion with Notice of Motion and Certificate of Service (Attorney) | 0.3 | $90.00 |
| 10/24/13 Draft & File Amended Schedule A & Schedule G (Attorney) | 0.3 | $90.00 |
| 10/24/13 Prepare File for 341 Hearing (Attorney) | 0.5 | $150.00 |
| 10/24/13 Represent Client at 341 Hearing (Attorney) | 1.0 | $300.00 |
| 10/24/13 Notes to File, Meet with paralegal (Attorney) | 0.3 | $90.00 |
| 11/13/13 Review Claim 8 (Attorney) | 0.1 | $30.00 |
| 12/17/13 Review Claims 9 & 10 (Attorney) | 0.2 | $60.00 |
| 12/26/13 Review Claims 11 & 12 (Attorney) | 0.1 | $30.00 |
| 1/9/14 Review Claim 13 (Attorney) | 0.1 | $30.00 |
| Mortgage Modification Mediation Start-up Program/Correspondence to/with Client (Staff) | 1.6 | $184.00 |
| Open New MMM File Matter (Staff) | 0.6 | $69.00 |

| | | |
|---|---|---|
| | Subtotal | $4,280.50 |
| | Courtesy Discount | $280.50 |
| | TOTAL | $4,000 |
| | Less the Amount Paid Before Filing | $1,719 |
| | Total Chapter 13 Attorney Fee Yet To Be Paid at Date of this Application | $2,281 |
| | Amount to be Added to Plan for MMM Program (See MMM Invoice) | $1,000 |
| | Total Attorney Fee (Chapter 13 + MMM Program) as of Date of Application | $3,281 |
| | Grand Total | $5,000 |